```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WEITZEL, et al.,                :    CIVIL ACTION
                                :    NO. 13-806
       Plaintiffs,              :
                                :
   v.                           :
                                :
SMITHKLINE BEECHAM CORP.,       :
                                :
       Defendant.               :
```

## O R D E R

**AND NOW**, this **9th** day of **October, 2013**, it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 14) is **DENIED as moot.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] Per the representation of the Parties' counsel, the parties have settled the matter, inter se. Once the settlement has been approved in the state court, the above-captioned case will be dismissed with prejudice.