IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O.W., a minor, by JEROME AND MELISSA WEITZEL as Parents and Natural Guardians, and JEROME AND MELISSA WEITZEL, Individually | : : : : : |
| Plaintiffs, | : Civil Action No.: 2:13-CV-806-ER |
| v. | : : |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs and Defendant in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action be dismissed with prejudice.

Respectfully submitted,

**WILLIAMS CUKER BEREZOFSKY**

By: _____
Esther Berezofsky, Esquire
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002

**SHELLER, P.C.**

By: _____
Jamie L. Sheller, Esquire
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102

Attorneys for Plaintiffs

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

By: _____
Joseph E. O'Neil, Esquire (ID No. 29053)
Carolyn L. McCormack, Esquire (ID No. 87800)
Suite 500
190 North Independence Mall West
6th & Race Street
Philadelphia, PA 19106

Attorneys for Defendant

APPROVED:

_____
Robreno, J.